IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

UNITED STATES OF AMERICA      )
                              )    CRIMINAL ACTION NO.
     v.                       )       2:25cr356-MHT
                              )          (WO)
MICHAEL ANGELO KELLY          )

ORDER

At the in-person hearing on the supervising probation officer's status report (Doc. 66) on March 10, 2026, defendant Michael Angelo Kelly made an unopposed oral motion to modify his conditions of supervised release. He also filed a waiver of his right to a hearing on the modification. The modification request includes sending him to a halfway house (to be chosen by his supervising probation officer) for a period of three months (to begin at a time when a bed is available, as determined by his supervising probation officer). Based on the representations made on the record at the above hearing, it is ORDERED as follows:

(1) Defendant Michael Angelo Kelly's unopposed oral motion to modify his conditions of supervised

release (Doc. 70) is granted.

(2) Defendant Kelly's supervised release is modified to include a stay at the halfway house for three months.

(3) Defendant Kelly shall report to the halfway house selected by his supervising probation officer when a bed is available, at a time determined by his designated officer.

(4) Home confinement and location monitoring shall remain in effect until defendant Kelly reports to the halfway house.

(5) Upon defendant Kelly's successful completion of his time at the halfway house and in the absence of any new alleged violations of supervised release, the conditions of home confinement and location monitoring and the requirement to complete the program at the Beacon Center will be removed, and the pending petitions for modification and revocation (Doc. 52) will be

dismissed without prejudice.  The supervising probation officer shall notify the court when defendant Kelly has completed his stint at the halfway house.

(6) If defendant Kelly does not successfully complete his time at the halfway house, the supervising probation officer may add any new alleged violations to the pending petitions for modification and revocation (Doc. 52).

DONE, this the 10th day of March, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE