IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )       2:25cr356-MHT
                            )          (WO)
MICHAEL ANGELO KELLY        )
```

ORDER

Based on defendant Michael Angelo Kelly's successful completion of the Dismas Charities three-month residential program, and based on the recommendation of the probation department, it is ORDERED that:

(1) The pending petition for modification (Doc. 52) and petition for revocation (Doc. 52) are dismissed with prejudice. *See* Order (Doc. 60) (construing petition for modification as both a petition for modification and a petition for revocation).

(2) The conditions of home confinement and location monitoring and the requirement to complete the program at the Beacon Center are removed. *See* Order (Doc. 73) at para. 5.

(3) Upon request of the probation department in the most recent status report (Doc. 79), the potential violations listed in two noncompliance summaries (Doc. 56 and Doc. 58) and listed in a status report (Doc. 66) are dismissed with prejudice.

DONE, this the 29th day of June, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE